IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3164 |
| | ) | |
| v. | ) | |
| | ) | |
| M. JACK GLINN, an individual, BRENDA L. GLINN, an individual, and DOES 1 THROUGH 10, inclusive, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the motion to withdraw filed by Starlet J. Japp, (filing no. 16), is granted.

DATED this 19th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge