IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3164 |
| V. | ) ) ) | ORDER |
| M. JACK GLINN, an individual, BRENDA L. GLINN, an individual, and DOES 1 THROUGH 10, inclusive, GARY GLINN, an individual. | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) Gary Glinn's motion to intervene as a party defendant pursuant to Fed. R. Civ. P. 24(a)(2), (filing no. 23), is granted.

2) Gary Glinn's Answer and Counterclaim, a copy of which is attached to the motion, shall be filed on or before February 1, 2011.

3) On or before February 15, 2011,

 a. Defendant Gary Glinn shall serve his mandatory disclosures (see Fed. R. Civ. P. 26(a)(1)), on the plaintiff and defendants M. Jack Glinn and Brenda L. Glinn, and

 b. The plaintiff and defendants M. Jack Glinn and Brenda L. Glinn shall serve their mandatory disclosures on defendant Gary Glinn.

In all other respects, the progression schedule for this case, (filing no. 22) is unchanged.

4) The clerk shall modify the docket to add Gary Glinn as a named defendant.

DATED this 25th day of January, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge