IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3164 |
| v. | ) ) | |
| M. JACK GLINN, an individual, BRENDA L. GLINN, an individual, DOES 1 THROUGH 10, inclusive, and GARY GLINN, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by Brandon R. Tomjack, Erin E. Busch, and the law firm of Baird Holm LLP, (filing no. 31), is granted. Mr. Tomjack or Mr. Busch shall promptly mail a copy of this order to the plaintiff/counter-defendant, Lehman Brothers Holdings, Inc., and file a certificate of service stating he or she has done so.

2) Lehman Brothers Holdings, Inc. is given 30 days from the date of this order to obtain the services of substitute counsel and have that attorney file an appearance on its behalf, in the absence of which its claims are subject to dismissal.[1]

DATED this 6th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] Plaintiff Lehman Brothers Holdings, Inc. is a corporation. Therefore, it cannot litigate in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).