**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

LEHMAN BROTHERS HOLDINGS, INC.,

      Plaintiff,

v.

M. JACK GLINN, an individual;
BRENDA L. GLINN, an individual; and
DOES 1 through 10, inclusive,

      Defendant(s),

GARY GLINN,
      Defendant-Intervenor.

**CASE NO. 4:10-CV-3164**

**ORDER FOR EXTENSION OF TIME TO**
**RESPOND TO DEFENDANT'S MOTION**
**FOR SANCTIONS, MOTION TO**
**COMPEL DISCOVERY, AND MOTION**
**FOR EXTENSION OF TIME**

Considering Plaintiff LEHMAN BROTHERS HOLDINGS, INC.'s ("Plaintiff")

request for a short extension in which to file a response (if needed) to Defendant M.

JACK GLINN's ("Defendant") Motion for Sanctions, Motion to Compel Discovery, and

Motion for Extension of Time, and the Court, being informed of the status of a

settlement reached by the parties, and good cause appearing herein, finds that

Plaintiff's request should be granted.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff be granted an

extension of fourteen (14) days, until November 8, 2011, to file its response to

Defendant's Motion for Sanctions, Motion to Compel Discovery, and Motion for

Extension of Time.

Dated this __24th__ day of October, 2011.

Magistrate Judge Cheryl R. Zwart