IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

M. JACK GLINN, an individual;
BRENDA L. GLINN, an individual; and
DOES 1 through 10, inclusive,

    Defendant(s),

GARY GLINN,
    Defendant-Intervenor.

CASE NO. 4:10-CV-3164

ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS, MOTION TO COMPEL DISCOVERY, AND MOTION FOR EXTENSION OF TIME

    Considering Plaintiff LEHMAN BROTHERS HOLDINGS, INC.'s ("Plaintiff") request for a short extension in which to file a response (if needed) to Defendant M. JACK GLINN's ("Defendant") Motion for Sanctions, Motion to Compel Discovery, and Motion for Extension of Time, and the Court, being informed of the status of a settlement reached by the parties, and good cause appearing herein, finds that Plaintiff's request should be granted.

    ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff be granted an extension of fourteen (14) days, until November 8, 2011, to file its response to Defendant's Motion for Sanctions, Motion to Compel Discovery, and Motion for Extension of Time.

    Dated this __24th__ day of October, 2011.

                                                */s/ Cheryl R. Zwart*
                                      Magistrate Judge Cheryl R. Zwart