IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC. ) | CIVIL ACTION NO. 4:10cv3164 |
| Plaintiff, ) | |
| vs. ) | |
| M. JACK GLINN, an individual ) <br> BRENDA L. GLINN, an individual ) <br> and DOES 1 through 10, inclusive ) | ORDER OF DISMISSAL OF <br> COMPLAINT AND COUNTERCLAIM <br><br> [F.R.C.P. RULE 41(A)(1)(A)(II)] |
| Defendants ) | |
| and ) | |
| Gary Glinn, ) <br> Defendant-Intervenor ) | |

This matter is before the Court upon the Joint Stipulation for Dismissal, each party to bear its own costs and fees.

The Court being fully advised on the premises finds such Stipulation should be granted.

WHEREFORE, this action is hereby dismissed with prejudice, complete record waived, each party to bear its own costs.

DATED this 7th day of November, 2011

BY THE COURT:

s/ Warren K. Urbom

U.S. District Court Judge

Lehman Brothers Holdings, Inc.
vs.
M. Jack Glinn, etc., Defendant
and
Gary Glinn, Defendant-Intervenor
4:10cv3165
(Order for Dismissal)

Approved as to Form and Content:


    Lehman Brothers Holdings, Inc.

By    /s/ Eric H. Lindquist_____
    Eric H. Lindquist #18112
    Abrahams, Kaslow Law Firm
    8712 West Dodge Road, Suite #260
    Omaha, NE 68114-3419
    (402) 829-0400
    elindquist@elindquistlaw.com


    M. Jack Glinn, Defendant

By    /s/ Victor E. Covalt III_____
    Victor E. Covalt III #16539
    Ballew Covalt Hazen PC LLO
    P.O. Box 81229
    Lincoln, NE 68501-1229
    (402) 436-3030
    vcovalt@ballewcovalt.com


    Gary Glinn, Defendant-Intervenor

By    /s/ Patrick Flood_____
    Patrick Flood #19042
    Hotz Weaver Law Firm
    444 Regency Parkway Dr., Ste. 310
    Omaha, NE 68114
    (402) 397-1146
    patflood@hotzweaver.com